FILED
2024 Jul-02  PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **Amy Linton,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CASE NO.: _____** |
| **Midland Credit Management, Inc.,** *et* ) | |
| *al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S
## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Midland Credit Management, Inc. ("Midland") hereby removes this action to the United States District Court for the Northern District of Alabama and further states as follows:

1.    Plaintiff Amy Linton filed this action against Midland and several fictitious defendants in the Circuit Court of Jefferson County, Alabama (Birmingham Division) on May 28, 2024.[1]  Plaintiff's complaint asserts a single

---

[1] *See Amy Linton v. Midland Credit Management, Inc.; et al.*, Pl.'s Compl., No. 2024-cv-902154.00 (Cir. Ct. Jefferson Cnty., Ala. (Birmingham Div.), May 28, 2024.  Along with the other requisite underlying court filings and submissions, a copy of Plaintiff's complaint is included within Exhibit 1 hereto.

count—*i.e.*, a federal Fair Debt Collection Practices Act ("FDCPA") count against Midland.[2]

2.     Plaintiff alleges that she suffered damages and that such claimed injuries and damages were caused by Midland, and Plaintiff is seeking redress for said alleged damages in this litigation.[3]

3.     Plaintiff's complaint was served on Midland's registered agent on June 3, 2024.[4]

4.     This notice of removal is timely given that it is being filed within thirty (30) days of Midland's receipt of Plaintiff's complaint.  *See* 28 U.S.C. § 1446(b)(1).

5.     This Court has jurisdiction over this action on the basis of federal question jurisdiction in that Plaintiff's complaint asserts a single count, and said count arises under the Constitution, laws, or treaties of the United States—*i.e.*, Plaintiff's FDCPA (*see* 15 U.S.C. § 1692, *et seq.*) count.[5]  *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under

---

[2] *See Linton*, Pl.'s Compl. at p. 7, ¶¶ 23-24, No. 2024-cv-902154.00 (Cir. Ct. Jefferson Cnty., Ala. (Birmingham Div.), May 28, 2024).

[3] *See Linton*, Pl.'s Compl., No. 2024-cv-902154.00 (Cir. Ct. Jefferson Cnty., Ala. (Birmingham Div.), May 28, 2024).

[4] *See Linton*, Service Return, No. 2024-cv-902154.00 (Cir. Ct. Jefferson Cnty., Ala. (Birmingham Div.), June 13, 2024) (denoting a service date of June 3, 2024).

[5] *See Linton*, Pl.'s Compl. at p. 7, ¶¶ 23-24, No. 2024-cv-902154.00 (Cir. Ct. Jefferson Cnty., Ala. (Birmingham Div.), May 28, 2024).

the Constitution, laws, or treaties of the United States.").[6] Thus, this Court has original subject matter jurisdiction over this case.

6.    This action may be removed to this Court pursuant to 28 U.S.C. § 1441. *See* 28 U.S.C. § 1441(a) ("Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.").[7]

7.    Pursuant to 28 U.S.C. § 1446(a), Midland has attached copies of all process, pleadings, orders, and other papers served or otherwise filed in the underlying action.[8]

8.    On the date of this filing, and as required by 28 U.S.C. § 1446(d), Midland will provide written notice of the filing of this notice of removal to Plaintiff, and Midland will file a true and correct copy of the same with the Clerk of the Circuit Court of Jefferson County, Alabama (Birmingham Division).

---

[6] *See also* 15 U.S.C. § 1692k(d) (providing that "an action to enforce any liability created by this title may be brought in any appropriate United States district court without regarding to the amount in controversy").

[7] *Cf., e.g.*, *Scheffler v. Gurstel Chargo, P.A.*, 902 F.3d 757, 760 (8th Cir. 2018) (action appropriately removed from state court to federal court where plaintiff's "operative complaint alleged that [defendant] violated his rights under provisions of the FDCPA").

[8] *See* Ex. 1.

9.     No admission of fact, law, or liability is intended by this notice of removal, and all defenses, pleadings, and motions are expressly reserved.

WHEREFORE, Defendant Midland Credit Management, Inc. respectfully provides notice that the above-captioned action is removed to the United States District Court for the Northern District of Alabama (Southern Division).

Respectfully submitted,

One of the Attorneys for Defendant,
Midland Credit Management, Inc.

**OF COUNSEL:**

Jason B. Tompkins (jtompkins@balch.com)
Thomas R. DeBray, Jr. (tdebray@balch.com)
Balch & Bingham LLP
1901 6th Avenue North, Suite 1500
Birmingham, Alabama 35203

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2024, I served the foregoing and attached via electronic mail and/or U.S. Mail (postage prepaid) on the following:

John G. Watts (john@wattsherring.com)
M. Stan Herring (stan@wattsherring.com)
Patricia S. Lochart (patricia@wattsherring.com)
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Of Counsel

# EXHIBIT 1

ELECTRONICALLY FILED
5/28/2024 5:39 PM
01-CV-2024-902154.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01<br><br>Date of Filing:<br>05/28/2024 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

**AMY LINTON v. MIDLAND  CREDIT MANAGEMENT, INC.**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

---

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**

- ☐ WDEA  - Wrongful Death
- ☐ TONG  - Negligence: General
- ☐ TOMV  - Negligence: Motor Vehicle
- ☐ TOWA  - Wantonness
- ☐ TOPL  - Product Liability/AEMLD
- ☐ TOMM  - Malpractice-Medical
- ☐ TOLM  - Malpractice-Legal
- ☐ TOOM  - Malpractice-Other
- ☐ TBFM  - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX  - Other: _____

**TORTS: PERSONAL INJURY**

- ☐ TOPE  - Personal Property
- ☐ TORE  - Real Properly

**OTHER CIVIL FILINGS**

- ☐ ABAN  - Abandoned Automobile
- ☐ ACCT  - Account & Nonmortgage
- ☐ APAA  - Administrative Agency Appeal
- ☐ ADPA  - Administrative Procedure Act
- ☐ ANPS  - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**

- ☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT  - Civil Rights
- ☐ COND  - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP  - Contempt of Court
- ☐ CONT  - Contract/Ejectment/Writ of Seizure
- ☐ TOCN  - Conversion
- ☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD  - Eviction Appeal/Unlawful Detainer
- ☐ FORJ  - Foreign Judgment
- ☐ FORF  - Fruits of Crime Forfeiture
- ☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB  - Protection From Abuse
- ☐ EPFA  - Elder Protection From Abuse
- ☐ QTLB  - Quiet Title Land Bank
- ☐ FELA  - Railroad/Seaman (FELA)
- ☐ RPRO  - Real Property
- ☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP  - Workers' Compensation
- ☐ CVXX  - Miscellaneous Circuit Civil Case

---

**ORIGIN:**   F ☑ INITIAL FILING      A ☐ APPEAL FROM<br>DISTRICT COURT      O ☐ OTHER

R ☐ REMANDED      T ☐ TRANSFERRED FROM<br>OTHER CIRCUIT COURT

---

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO     **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

---

**RELIEF REQUESTED:**      ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

---

**ATTORNEY CODE:**

| WAT056 | 5/28/2024 5:39:31 PM | /s/ JOHN GRIFFIN WATTS |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

---

**MEDIATION REQUESTED:**      ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**      ☐ YES ☑ NO

ELECTRONICALLY FILED
5/28/2024 5:39 PM
01-CV-2024-902154.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **AMY LINTON,** | ) | |
| **an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No.: |
| | ) | |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT, INC.;** | ) | |
| **Fictitious Defendants "A", "B" and** | ) | |
| **"C" thereby intending to refer to** | ) | |
| **the legal entity, person, firm or** | ) | |
| **corporation which was responsible** | ) | **JURY TRIAL DEMANDED** |
| **for or conducted the wrongful acts** | ) | |
| **alleged in the Complaint; Names of** | ) | |
| **the Fictitious parties are unknown** | ) | |
| **to the Plaintiff at this time but will** | ) | |
| **be added by amendment when** | ) | |
| **ascertained** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

**COMES NOW** the Plaintiff, by and through counsel, in the above styled

cause, and for Plaintiff's Complaint against the Defendant[1] states as follows:

1.     This action arises out of Defendant's repeated violations of the Fair Debt

Collection Practices Act[2], 15 U.S.C. § 1692 et seq. ("FDCPA") by the

---

[1] "Defendant" means all defendants, including fictitiously named defendants.
[2] Any reference to the FDCPA or any part thereof encompasses all relevant parts and subparts of each statute.

Defendant and its agents in their illegal efforts to collect a consumer debt from Plaintiff.

## **PARTIES**

2.  Plaintiff **AMY LINTON** (**hereinafter "Plaintiff"**) is a natural person who is a resident of Alabama.

3.  Defendant **MIDLAND CREDIT MANAGEMENT, INC. (hereinafter "Defendant")**, is a debt collection firm that engages in the business of debt collection.  Its principal business purpose is the collection of defaulted debts, and it uses various instruments of interstate commerce to accomplish debt collection including sending letters, calling on the phone, credit reporting, filing of lawsuits, etc.

4.  **Fictitious Defendants "A", "B" and "C"** thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the Complaint; names of the Fictitious parties are unknown to the Plaintiff at this time but will be added by amendment when ascertained.

5.  Any reference to any **Defendant** refers to all **Defendants** and **Fictitious Defendants**.

## JURISDICTION

6.      Personal jurisdiction exists over **Defendant** as **Defendant** has the necessary minimum contacts with the State of Alabama and this suit arises out of **Defendant's** specific conduct with **Plaintiff** in Alabama.  All the actions described in this suit occurred in Alabama.

## VENUE

7.      Venue is proper as **Defendant** does business in this judicial district.

## FACTUAL ALLEGATIONS

8.      Congress found it necessary to pass the FDCPA due to rampant abusive practices by dishonorable debt collectors.  15 USC § 1692 is entitled "Congressional findings and declaration of purpose" and it states as follows:

(a)      There is **abundant evidence** of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. **Abusive debt collection practices contribute** to the number of personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy**.

(b)      Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

(c)      **Means other than** misrepresentation or other **abusive debt collection practices are available for the effective collection of debts**.

(d)      Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

(e)      It is the **purpose** of this title to **eliminate abusive debt collection practices** by debt collectors, to **insure that those debt collectors who refrain from using abusive debt collection**

**practices are not competitively disadvantaged**, and to promote consistent State action to protect consumers against debt collection abuses.

[Emphasis added].

9.    **Plaintiff** allegedly incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10.   **Defendant** is considered a "debt collector" and began engaging in debt collection activities against **Plaintiff**.

11.   The primary and principal business of **Defendant** is to collect alleged defaulted debts.

12.   At the time that **Defendant** received the alleged debt of **Plaintiff**, the alleged debt was in default.

13.   **Defendant** claimed **Plaintiff** owed **Defendant** money.

14.   **Defendant** began collection activities against **Plaintiff.**

15.   **Plaintiff** sent a letter to **Defendant** which was received on **February 20, 2024**.

16.   As is **Plaintiff's** right under the FDCPA and Regulation F, **Plaintiff** instructed **Defendant** that only communication by text or email was convenient and all other forms of communication were not convenient (such as a letter from

**Defendant**) and gave **Plaintiff's** cell phone number (for texting purposes) and email address.

17. Despite this clear instruction, and in an attempt to intimidate, harass, and oppress **Plaintiff**, the **Defendant** sent **Plaintiff** a letter which is a communication about the debt and was an attempt to collect the debt, dated **February 28, 2024**.

18. This was sent to confuse, harass, and deceive **Plaintiff**.

19. **Defendant** lied under the FDCPA (and violated the FDCPA) when the letter stated, "We understand that you are inquiring about or requesting documentation about the accuracy of our records concerning this account. After reviewing the information you provided, our account notes, and information provided by the previous creditor, with an address of 2795 E. COTTONWOOD PARKWAY SUITE 100 SALT LAKE CITY, UT 84121, we have concluded that our information is accurate. In addition, the information has been accurately submitted to credit reporting agencies or we have instructed the credit reporting agencies to update the previously reported status. Please note that it typically takes 30-45 days for the credit reporting agencies to update your account. We have also enclosed documents regarding the account."

20.   This was untrue as **Plaintiff's** letter clearly stated, "Please note I do <u>NOT</u> want you to send me any information – I simply want you to know that I dispute any debts you claim to have on me. This is not a request for validation or verification. I am not interested in you sending me any documentation. I'm trying to be clear – do not send me any documentation through the mail as receiving mail from you (especially at my home address below) is inconvenient to me."

21.   All of the above-described actions by **Defendant** and collection agents of **Defendant** were made in violation of the FDCPA as alleged below in the Count.

22.   The conduct of the **Defendant** has proximately caused **Plaintiff** damages.

## CAUSES OF ACTION

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. § 1692 et seq.

23.     The acts and omissions of **Defendant** and its agents constitute numerous and

multiple violations of the FDCPA (and Regulation F) with respect to **Plaintiff**,

including, but not limited to, violations of 1692c, 1692c(a), 1692c(a)(1),

1692d, 1692e, 1692e(10), 1692f and 1692f(1) along with Regulation F related

to these sections and communication between debt collectors (such as

**Defendant**) and **Plaintiff**.

24.     As a result of **Defendant**'s violations of the FDCPA, **Plaintiff** is entitled to

damages and reasonable attorney's fees and costs from **Defendant**.

## <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, **PREMISES CONSIDERED, Plaintiff** prays that judgment be entered against **Defendant** for all damages allowable, costs, expenses, attorney fees, injunctive relief to prevent further violations, and for such other and further relief as may be just and proper.

Respectfully Submitted,

**<u>/s/ Patricia S. Lockhart</u>**
Patricia S. Lockhart (LOC023)
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(256) 276-2527
<u>patricia@wattsherring.com</u>
**Attorney for Plaintiff**

**<u>/s/ John G. Watts</u>**
**John G. Watts (WAT056)**
**M. Stan Herring (HER037)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
<u>john@wattsherring.com</u>
<u>stan@wattsherring.com</u>
**Attorneys for Plaintiff**

**PLAINTIFF DEMANDS A TRIAL BY JURY**

**Serve defendant via certified mail at the following address:**

**MIDLAND CREDIT MANAGEMENT, INC.**
**c/o CORPORATION SERVICE COMPANY INC**
**641 SOUTH LAWRENCE STREET**
**MONTGOMERY, AL 36104**



AlaFile E-Notice

01-CV-2024-902154.00

To:  JOHN GRIFFIN WATTS
     john@wattsherring.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

AMY LINTON V. MIDLAND  CREDIT MANAGEMENT, INC.
01-CV-2024-902154.00

The following complaint was FILED on 5/28/2024 5:39:32 PM

Notice Date:      5/28/2024 5:39:32 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2024-902154.00

To: MIDLAND  CREDIT MANAGEMENT, INC.
C/O CORP SERVICE CO INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

AMY LINTON V. MIDLAND  CREDIT MANAGEMENT, INC.
01-CV-2024-902154.00

The following complaint was FILED on 5/28/2024 5:39:32 PM

Notice Date:     5/28/2024 5:39:32 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2024-902154.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**AMY LINTON V. MIDLAND  CREDIT MANAGEMENT, INC.**

**NOTICE TO:** MIDLAND  CREDIT MANAGEMENT, INC., C/O CORP SERVICE CO INC 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN GRIFFIN WATTS

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 301 19th Street North, BIRMINGHAM, AL 35203

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of    AMY LINTON
pursuant to the Alabama Rules of the Civil Procedure.    *[Name(s)]*

| 05/28/2024 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JOHN GRIFFIN WATTS

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*  *(Name of County)*  *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some
person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*  *(Name of County)*  *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am
at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or
marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |



# NOTICE TO CLERK

## REQUIREMENTS FOR COMPLETING SERVICE BY
## CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
AMY LINTON V. MIDLAND  CREDIT MANAGEMENT, INC.

01-CV-2024-902154.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $16.42

Parties to be served by Certified Mail - Return Receipt Requested

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

MIDLAND  CREDIT MANAGEMENT, INC.                    Postage: $16.42
C/O CORP SERVICE CO INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

Parties to be served by First Class Mail

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MIDLAND CREDIT MANAGEMENT, INC.
C/O CORP SERVICE CO INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CV- 24-902154

9590 9402 8880 4005 6803 99

2. Article Number (Transfer from service label)

9589 0710 5270 0704 9387 50

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 0704 9387 50

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

ems 1, 2, and 3.

....k your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

x *Kelly Webster*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

6-3-24

1. Article Addressed to:

MIDLAND CREDIT MANAGEMENT, INC.

C/O CORP SERVICE CO INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

CV- 24-q 02 154

9590 9402 8880 4005 6803 99

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

9589 0710 5270 0704 9387 50

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**

MONTGOMERY AL 36~

~~ JUN 2024 ~N 4 L

9590 9402 8880 4005 6803 99

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

**JUN 12 2024**

JACQUELINE ANDERSON SMITH
CLERK



AlaFile E-Notice

01-CV-2024-902154.00

Judge: TAMARA HARRIS JOHNSON

To:  WATTS JOHN GRIFFIN
     john@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

AMY LINTON V. MIDLAND  CREDIT MANAGEMENT, INC.
01-CV-2024-902154.00

The following matter was served on 6/3/2024

**D001 MIDLAND CREDIT MANAGEMENT, INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2024-902154.00

Judge: TAMARA HARRIS JOHNSON

To:  HERRING MYLES STANLEY JR.
     stan@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

AMY LINTON V. MIDLAND  CREDIT MANAGEMENT, INC.
01-CV-2024-902154.00

The following matter was served on 6/3/2024

**D001 MIDLAND CREDIT MANAGEMENT, INC.**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2024-902154.00

Judge: TAMARA HARRIS JOHNSON

To: LOCKHART PATRICIA SUZANNE
patricialockhartlaw@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

AMY LINTON V. MIDLAND  CREDIT MANAGEMENT, INC.
01-CV-2024-902154.00

The following matter was served on 6/3/2024

**D001 MIDLAND CREDIT MANAGEMENT, INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov